```
                                            FILED
                                        06 SEP 12 AM 9:24

                                        [CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA]

                                        BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE WILLIAM McCURRINE, JR.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 06CR1366BEN |
|  | ) MAGISTRATE NO. 06MG1091 |
| Plaintiff, | ) |
|  | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
|  | ) MATERIAL WITNESS |
| KURTISTINA JOSEPHINE ESPINOZA, | ) |
|  | ) SZA, a minor |
| Defendants. | ) DZH, a minor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witnesses, SZA, a minor and DZH, a minor are exonerated and all monies deposited for their bonds are to be returned to the surety listed in the financial office of the Clerk - to wit:

MARIA GONALEZ DE ACEVES
129 Azurite Place
Perris, CA 92570

SO ORDERED:

DATED: 9/11/06

_____
HONORABLE WILLIAM McCURRINE, JR.
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Law Offices<br>
**JONATHAN DAVID FRANK**<br>
160 Thorn Street Suite 2<br>
San Diego, California 92103

Telephone (619) 291-4475
Facsimile (619) 291-4550

September 6, 2006

HONORABLE WILLIAM McCURRINE, JR.
UNITED STATES DISTRICT COURT
940 Front Street
San Diego, California 92189

Re:   SZA, a minor and DZH, a minor

Dear Magistrate:

Please be advised that Customs and Border Protection has accepted jurisdiction over the above-named material witnesses for further proceeding and that I now move the Court to exonerate the bonds of the above-named material witnesses.

Sincerely,

JONATHAN DAVID FRANK
JDF/wp

cc: UNITED STATES ATTORNEY

F:EXON.MOT



Department of Homeland Security
U.S. Customs and Border Protection
720 E. San Ysidro Blvd., 2nd Floor
San Ysidro, CA 92173

Date: 9/1/2006

To: Attorney Jonathan Frank

Phone: (619) 291-4475

Fax: (619) 291-4550

From:   Lisa Vasquez
        (Material Witness Coordinator)

Office:  San Ysidro POE Prosecutions Office

Phone:   (619) 662-2202

Fax: (619) 662-7329

Number of Pages including this cover: 3

Comments:   RE: Diana Zavala-Herrera
            (material witness) A# 099 628 841

Attached is a copy of the I-275 document, which serves as proof of voluntary removal from the United States.

**U.S. Department of Homeland Security**
U.S. Customs and Border Protection

## Withdrawal of Application for Admission/Consular Notification

Basis for Action (*check all that apply*):

File No: A099 628 841
Date: September 1, 2006

- [x] Application for Admission Withdrawn
- [ ] Visa/BCC Canceled
- [ ] VWPP Refusal
- [ ] Ordered removed (inadmissible) by immigration judge - Section 235(b)(2) (order attached)
- [ ] Ordered removed (inadmissible) by INS - Section 235(b)(1) (order attached)
- [ ] Waiver revoked (212(d)(3)) (order attached)
- [ ] Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul Tijuana, BA, Mexico (Location)    From: CBP San Ysidro, CA Port of Entry (Location)

| Name (FAMILY, Given, Middle) | | |
|---|---|---|
| ZAVALA-Herrera, Diana | | |
| Citizenship | Country of birth | Date of birth |
| Mexico | Mexico | September 3, 1983 |
| Complete foreign address (Mailing address) | | |
| Rancho Providencia, Nayarit, Mexico | | |
| Complete U.S. address | | |
| 129 Azurite Place, Perris, Ca. 92570 | | |
| Airline/vessel of arrival | Port of arrival | Date of arrival |
| Vehicle/Land | Otay Mesa Port of Entry | June 7, 2006 |
| Visa number, type | Date, place of visa issuance | Social security number |
| Not Applicable | Not Applicable | None Claimed |

On June 7, 2006, Diana Zavala-Herrera, was encountered at the Otay Mesa Port of Entry concealed from view in a an engine compartment of a maroon 1989 Dodge Caravan, driven by defendant Kurtistina Josephine Espinoza (06CR1366). Ms. Zavala was summarily paroled into the United States as a material witness pursuant to Title 18 United States Code, Section 3144 and remanded to the custody of the U.S. Marshal Service.

On July 3, 2006, Ms. Zavala was paroled out of custody, pending the conclusion of the case. On August 21, 2006, arrangements were made with Ms. Zavala to be returned to the custody of Customs and Border Protection.

On September 1, 2006, material witness Ms. Zavala-Herrera appeared at the San Ysidro Port of Entry. Ms. Zavala was afforded the opportunity to withdraw in lieu of removal proceedings. Ms. Zavala accepted. An I-275 was generated and served upon Ms. Zavala. The re-parole was rescinded and Ms. Zavala was summarily returned to Mexico.

(Continue on reverse or attach separate sheet, as needed)

Lisa Vasquez    CBP Officer
Name and Title of Officer *(Print)*

Signature of Officer

Form I-275 (Rev. 4-01-97)N



Department of Homeland Security
U.S. Customs and Border Protection
720 E. San Ysidro Blvd., 2nd Floor
San Ysidro, CA 92173

**Date:** 9/1/2006

**To:** Attorney Jonathan Frank

**Phone:** (619) 291-4475

**Fax:** (619) 291-4550

**From:** Lisa Vasquez
(Material Witness Coordinator)

**Office:** San Ysidro POE Prosecutions Office

**Phone:** (619) 662-2202

**Fax:** (619) 662-7329

**Number of Pages including this cover:** 3

**Comments:** RE: Sugey Zavala-Arreola
(material witness) A# 099 628 842

Attached is a copy of the I-275 document, which serves as proof of voluntary removal from the United States.

U.S. Department of Homeland Security
U.S. Customs and Border Protection

**Withdrawal of Application for Admission/Consular Notification**

Basis for Action (check all that apply):

File No: A099 628 842
Date: September 1, 2006

- [x] Application for Admission Withdrawn
- [ ] Visa/BCC Canceled
- [ ] VWPP Refusal
- [ ] Ordered removed (inadmissible) by immigration judge - Section 235(b)(2) (order attached)
- [ ] Ordered removed (inadmissible) by INS - Section 235(b)(1) (order attached)
- [ ] Waiver revoked (212(d)(3)) (order attached)
- [ ] Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul  Tijuana, BA, Mexico   From: CBP  San Ysidro, CA Port of Entry
              (Location)                                     (Location)

| Name (FAMILY, Given, Middle) | | |
|---|---|---|
| ZAVALA-Arreola, Sugey | | |
| Citizenship | Country of birth | Date of birth |
| Mexico | Mexico | May 11, 1989 |
| Complete foreign address (Mailing address) | | |
| Rancho Providencia, Nayarit, Mexico | | |
| Complete U.S. address | | |
| 129 Azurite Place, Perris, Ca. 92570 | | |
| Airline/vessel of arrival | Port of arrival | Date of arrival |
| Vehicle/Land | Otay Mesa Port of Entry | June 7, 2006 |
| Visa number, type | Date, place of visa issuance | Social security number |
| Not Applicable | Not Applicable | None Claimed |

On June 7, 2006, Sugey Zavala-Arreola, was encountered at the Otay Mesa Port of Entry concealed from view in a an engine compartment of a maroon 1989 Dodge Caravan, driven by defendant Kurtistina Josephine Espinoza (06CR1366). Ms. Zavala was summarily paroled into the United States as a material witness pursuant to Title 18 United States Code, Section 3144 and remanded to the custody of the U.S. Marshal Service.

On July 3, 2006, Ms. Zavala was paroled out of custody, pending the conclusion of the case. On August 21, 2006, arrangements were made with Ms. Zavala to be returned to the custody of Customs and Border Protection.

On September 1, 2006, material witness Ms. Zavala-Arreola appeared at the San Ysidro Port of Entry. Ms. Zavala was afforded the opportunity to withdraw in lieu of removal proceedings. Ms. Zavala accepted. An I-275 was generated and served upon Ms. Zavala. The re-parole was rescinded and Ms. Zavala was summarily returned to Mexico in the custody of her adult cousin Diana Zavala-Herrera.

(Continue on reverse or attach separate sheet, as needed)

Lisa Vasquez    CBP Officer
Name and Title of Officer (Print)

Signature of Officer

Form I-275 (Rev. 4-01-97)N